12-13-00253CR

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

PD-0270-15

5/6/2015

**SULLIVAN, JOSEPH EDWARD** ★ **Tr. Ct. No. 007-1018-12**

On this day, the State's Response to the appellant's petition for discretionary review has been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b).]

Abel Acosta, Clerk

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 0 1 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *